## Conti Appeal.

Argued November 9, 1964. *Nathan Lipson,* for appellant; *Maurice H. Goldstein,* for appellee.

Order affirmed.

## Crivaro *v.* Bagnato, Appellant.

Argued November 12, 1964. *David H. Trushel,* with him *Dickie, McCamey, Chilcote & Robinson,* for additional defendant, appellant; *Ralph S. Davis, Jr.,* with him *Evans, Ivory & Evans,* for plaintiff, appellee; *Carl W. Brueck, Jr.,* with him *Brueck, Walker & Brueck,* for defendant, appellee.

Order affirmed.